UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 14-5623 DSF (ASx) | Date | 8/5/14 |
| Title | 752 S. Main, LLC, et al. v. Seneca Insurance Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed based on diversity jurisdiction. However, the citizenship of the LLC plaintiff is not properly alleged. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). As the removing party has failed to establish subject matter jurisdiction, the case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.